REINAUER REALTY CORP., PLAINTIFF-PETITIONER, v. JAMES V. NUCERA *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 59 *N. J. Super.* 189.

*Messrs. Morrison, Lloyd & Griggs* for the petitioner.

*Mr. Frank A. Piscatella* and *Mr. Fred G. Stickle, III,* for the respondents.

April 8, 1960.   Denied.

MORRIS LUBLINER *ET AL.*, APPELLANTS-PETITIONERS, v. BOARD OF ALCOHOLIC BEVERAGE CONTROL FOR THE CITY OF PATERSON *ET AL.*, RESPONDENTS-RESPONDENTS.

See same case below: 59 *N. J. Super.* 419.

*Messrs. Schwartz & Schwartz* for the petitioners.

*Mr. Charles Turndorf, Mr. John E. Selser* and *Mr. Gary O. Turndorf* for the respondents.

April 8, 1960.   Granted.